1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LOCKE LORD LLP**
Conrad V. Sison, 217197
csison@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone: 213-485-1500

Jonathan S. Lieberman, 278058
jlieberman@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. (erroneously sued as "Select Portfolio Servicing") and NATIONAL DEFAULT SERVICING CORPORATION

*Locke Lord LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA  90071*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD OKADA, an individual<br><br>     Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING; NATIONAL DEFAULT SERVICING CORPORATION AND; DOES 1-50;<br><br>     Defendants. | CASE NO. 8:15-cv-00981<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[FEDERAL RULE OF CIVIL PROCEDURE, RULE 7.1]**<br><br>[28 U.S.C. § 1332, 1441]<br><br>[SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, CASE NO. 30-2015-00786774]<br><br>Complaint filed:  May 11, 2015<br>Removal filed:  June 18, 2015 |

1

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1    Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned certifies

2  that the following listed persons, associations of persons, firms, partnerships,

3  corporations (including parent corporations) or other entities (i) have a financial

4  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have

5  a non-financial interest in that subject matter or in a party that could be substantially

6  affected by the outcome of this proceeding:

7    1.    Plaintiff Donald Okada;

8    2.    Defendant Select Portfolio Servicing, Inc. ("SPS"), a wholly owned

9  subsidiary of SPS Holding Corp., a privately held Delaware corporation, whose sole

10  shareholder is Credit Suisse (USA), Inc;

11    2.    National Default Servicing Corporation.

12

13  Dated:  June 18, 2015                    Respectfully submitted,

14                                           LOCKE LORD LLP

15

16                                           By: */s/ Jonathan S. Lieberman*

17                                               Conrad V. Sison
                                                 Jonathan S. Lieberman
18

19                                           Attorneys for Defendant
20                                           SELECT PORTFOLIO SERVICING,
                                             INC. and NATIONAL DEFAULT
21                                           SERVICING CORPORATION

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
*Okada v. Bank of America, N.A., et al.*, Case No. 8:15-cv-00981