Molly Taylor Zapala (SBN 245985)
Email: mzapala@reedsmith.com
Alexander J. Gershen (SBN 291929)
Email: agershen@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD OKADA, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING; NATIONAL DEFAULT SERVICING CORPORATION AND; DOES 1-50,<br><br>                    Defendants. | Case No. 8:15-cv-00981-CJC-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT[FED. R. CIV. PROC. 12(B)(6)]**<br><br>Date:               August 3, 2015<br>Time:              1:30 P.M.<br>Place:             Courtroom 9B<br>Compl. Filed:   May 11, 2015<br>Compl. Removed: June 18, 2015<br><br>Honorable Cormac J. Carney<br><br>*[Filed concurrently with Notice of Motion, Motion to Dismiss, Certificate of Interested Parties, and Request for Judicial Notice]* |

**[PROPOSED] ORDER**

On April 16, 2015 at 8:30 a.m. in Courtroom 10 of the above Court, the Motion to Dismiss of Defendants Bank of America, N.A. ("BANA" or "Defendant") to the Complaint of Plaintiff Donald Okada ("Plaintiff") came on for hearing before this Court.  Having read and considered the pleadings in support of and opposition to the Motion, and having allowed the parties to present oral argument, this Court rules as follows:

    1.    Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendants and, on that basis, Defendant's Motion is GRANTED. Fed. R. Civ. Proc. 12(b)(6).

    2.    The deficiencies of Plaintiff's Complaint cannot be cured by amendment and Plaintiffs are therefore denied leave to amend the Complaint.

**IT IS SO ORDERED.**

DATED: _____

                                                 Honorable Randall J. Sherman
                                                 Judge of the Superior Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware