1  Molly Taylor Zapala (SBN 245985)
   Email: mzapala@reedsmith.com
2  Alexander J. Gershen (SBN 291929)
   Email: agershen@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
5  Facsimile: +1 415 391 8269

6  Attorneys for Defendant
   Bank of America, N.A.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 DONALD OKADA, an individual,         Case No. 8:15-cv-00981-CJC-E

12          Plaintiff,                  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES LOCAL RULE 7.1-1**

13     vs.

14 BANK OF AMERICA, N.A.; SELECT        Date:        August 3, 2015
   PORTFOLIO SERVICING; NATIONAL        Time:        1:30 P.M.
15 DEFAULT SERVICING                    Place:       Courtroom 9B
   CORPORATION AND; DOES 1-50,          Compl. Filed:   May 11, 2015
16                                      Compl. Removed: June 18, 2015
            Defendants.
17                                      Honorable Cormac J. Carney

18                                      *[Filed Concurrently with Motion to Dismiss Plaintiff's Complaint; Request for Judicial Notice ISO Motion to Dismiss Plaintiff's Complaint, [Proposed] Order and Judgment of Dismissal]*

19

20

21

22

23

24

25

26

27

28

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD**:

The undersigned, counsel of record for, Defendant Bank of America, N.A. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiff, Donald Okada;
- Defendants Select Portfolio Servicing, Inc., a wholly owned subsidiary of SPS Holding Corp., a privately held Delaware corporation, whose sole shareholder is Credit Suisse (USA), Inc.;
- National Default Servicing Corporation; and
- Bank of America, N.A., a wholly owned subsidiary of BANA Holding Corp., which is a wholly owned subsidiary of BAC North America Holding Company, which is a wholly owned subsidiary of NB Holdings Corp., which is a wholly owned subsidiary of Bank of America Corporation.

DATED: June 25, 2015        REED SMITH LLP

By: */s/Alexander J. Gershen*
Alexander J. Gershen (SBN 291929)
Attorney for Defendant Bank of America

-1-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES