Rowel S. Manasan, Esq. (SBN 248724)
MANASAN LAW GROUP PC
21021 Trigger Lane
Diamond Bar, CA 91765
(909) 524-9995
*rowel@manasanlaw.com*

Attorney for Plaintiff DONALD OKADA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD OKADA, <br><br>　　　　　　　Plaintiff, <br><br>vs. <br><br>BANK OF AMERICA, N.A., *et al.*, <br><br>　　　　　　　Defendants. | Case No. 8:15-CV-00981-CJC-E |

CERTIFICATE OF SERVICE – Fed. Rule Civ. Proc. 5

I certify that on this date I served a true copy of Plaintiff's "Opposition To Defendants' Motion To Dismiss First Amended Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6)" on Defendants' attorney of record, Reed Smith LLP and Locke Lord LLP, by regular mail to their address of record.

*Subscribed with all rights reserved on July 13, 2015*

　　　　　　　　　　　　　　　　　　　　　　　　　Layne Barlow