1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONALD OKADA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING; NATIONAL DEFAULT SERVICING CORPORATION AND; DOES 1-50;<br><br>Defendants. | CASE NO. 8:15-cv-00981<br><br>**[PROPOSED] ORDER GRANTING SELECT PORTFOLIO SERVICING, INC. AND NATIONAL DEFAULT SERVICING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:  September 22, 2015<br>Time:  1:30 p.m.<br>Place:  Courtroom 9B<br><br>Complaint Filed: May 11, 2015 |
|---|---|

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE COMPLAINT
*Okada v. Bank of America, N.A., et al.*, Case No. 8:15-cv-00981

1  The Motion of Defendants Select Portfolio Servicing, Inc. ("SPS") and National
2  Default Servicing Corporation ("NDSC")(collectively "Defendants") to dismiss the
3  complaint of plaintiff Donald Okada's ("Plaintiff") came on for hearing before this
4  Court on September 22, 2015 at 1:30 p.m..  After consideration of the papers filed by
5  the parties and their arguments at hearing, the Court orders that Defendants' motion is
6  granted in its entirety on the grounds that all of the causes of action against
7  Defendants in Plaintiff's Complaint fail to state a claim.
8
9  **IT IS SO ORDERED.**
10
11  Dated: _____   _____
12                                          Honorable Cormac J. Carney
                                         UNITED STATES DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i
NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT
*Okada v. Bank of America, N.A., et al.*, Case No. 8:15-cv-00981