**LOCKE LORD LLP**
Conrad V. Sison, 217197
csison@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500

Jonathan S. Lieberman, 278058
jlieberman@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. (erroneously sued as "Select Portfolio Servicing") and NATIONAL DEFAULT SERVICING CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD OKADA, an individual<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING; NATIONAL DEFAULT SERVICING CORPORATION AND; DOES 1-50;<br><br>　　　　　　　Defendants. | CASE NO. 8:15-cv-00981<br><br>**SELECT PORTFOLIO SERVICING, INC. AND NATIONAL DEFAULT SERVICING CORPORATION'S AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: September 21, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br><br>Complaint Filed: May 11, 2015 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on **September 21, 2015 at 1:30 p.m.**, or as soon thereafter as the matter may be heard in the above-entitled Court, defendants Select Portfolio Servicing, Inc. and National Default Servicing, Inc. will bring for hearing before the Honorable Cormac J. Carney, United States District Judge in Courtroom 9B of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, 92701-4516, a Motion to Dismiss the complaint of plaintiff Donald Okada under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based on this Amended Notice of Motion, the Motion to Dismiss, Memorandum of Points and Authorities, and Request for Judicial Notice filed Friday, July 24th (Docs nos. 17 and 18), the pleadings, papers and records on file in this case, and such oral argument as may be presented at any hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2015.

DATED: July 27, 2015                LOCKE LORD LLP


                                    By:      /s/ Jonathan S. Lieberman
                                        Conrad V. Sison
                                        Jonathan S. Lieberman
                                        Attorneys for Defendants
                                        SELECT PORTFOLIO SERVICING, INC.
                                        and NATIONAL DEFAULT SERVICING
                                        CORPORATION