UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 15-00981-CJC(Ex)                                          Date:  July 27, 2015

Title: <u>DONALD OKADA V. BANK OF AMERICA, N.A., ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Melissa Kunig</u> | <u>       N/A       </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** [filed 6/25/15]

      Before the Court is Defendant Bank of America, N.A.'s ("Bank of America") motion to dismiss.  (Dkt. No. 10.)  Also pending before the Court is Defendants Select Portfolio Servicing, Inc. ("Select Portfolio") and National Default Servicing Corporation's ("National Default Servicing") motion to dismiss.  (Dkt. No. 17.)  Bank of America's motion was filed on June 25, 2015 and is currently scheduled for a hearing on August 3, 2015.  Select Portfolio and National Default Servicing's motion was filed on July 24, 2015 and is currently scheduled for a hearing on September 21, 2015.  Given the overlap of issues in the two motions, and in the interest of judicial economy, the Court hereby **CONTINUES** the hearing on Bank of America's motion to **September 21, 2015 at 1:30 p.m.**

em

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk MKU