

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

DONALD OKADA

            Plaintiff(s),

    v.

BANK OF AMERICA NA , et al.



            Defendant(s).

CASE NO:
8:15–cv–00981–CJC–E


**NOTICE OF INTENT**

    **TO ALL COUNSEL OF RECORD**, notice is hereby given that on November 10, 2015, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

    The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil

///

///

///

Procedure 26(f) and Local Rule 26−1. In scheduling the case, the Court will rely upon the pleadings, as well as the Rule 26(f) report. Counsel shall include in the report their choice of settlement procedure: the ADR Program or private mediation. The parties may not choose a settlement conference before a Magistrate Judge. The Court's ADR Program is described in the "ADR" section of the Court's website (http://www.cacd.ucourts.gov), which also contains the list of Attorney Settlement Officers and requisite ADR forms. Counsel are referred to Federal Rule of Civil Procedure 26(f) and Local Rule 26−1 for other specific requirements of the report. In addition, counsel are directed to provide the specific reasons for their selection of a particular discovery cutoff date.

IT IS ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: August 21, 2015

_____
Cormac J. Carney
United States District Judge