1  Rowel Manasan (SBN 248724)
   rowel@manasnlaw.com
2  Manasan Law Group PC
   21021 Trigger Lane
3  Diamond Bar, CA 91765
   Telephone: (909) 524-9995
4  Facsimile: (888) 959-3252

5  Attorney for Plaintiff Donald Okada

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD OKADA<br><br>                Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A. ; SELECT PORTFOLIO SERVICNG ; NATIONAL DEFAULT SERVICING CORPORATION AND ; DOES 1-50<br><br>                Defendants. | Case No. 8:15-CV-00981-CJC-E<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September21, 2015<br>Time: 1:30 P.m.<br>Courtroom: 9B<br><br>Complaint Filed: May 11, 2015 |

**CERTIFICATE OF SERVICE**
**OKADA V. BANK OF AMERICA, N.A., ET ALCASE NO . 8:15-CV-00981**

| | |
|---|---|
| 1    STATE OF CALIFORNIA      ) | CERTIFICATE OF SERVICE |
| 2    COUNTY OF LOS ANGELES   ) | ss. |

**Okada v. Bank of America, N.A., et al.**
**U.S.D.C., C.D.Cal. Case No. 8:15-cv-00981**

I, Regina Manasan, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 500 S Buena Vista Street, Burbank, CA 91521, which is located in the city, county and state where the mailing described below took place.

On September 1, 2015, I deposited in the United States Mail at Burbank, California a copy of the documents entitled:

**PLAINTIFF'S OPPOSITION TO DEFENDANT SELECT PORTFOLIO SERVICING AND NATIONAL DEFAULT CORPORATION'S MOTION TO DISMISS COMPLAINT**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SELECT PORTFOLIO SERVICING AND NATIONAL DEFAULT CORPORATION'S MOTION TO DISMISS COMPLAINT**

and this Proof of Service on the parties or attorneys for parties in this action who are identified below, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated below).

    Conrad V. Sison, Esq.
    Locke Lord LLP
    300 South Grand Avenue, Suite 2600
    Los Angeles, CA 90071
    Attorney for Defendants Select Portfolio Servicing and National Default Servicing Corp
    Tel: (213) 485-1500
    Fax: (415) 676-5816
    Email:  csison@lockelord.com

    Jonathan Lieberman, Esq.
    Locke Lord LLP
    4 Montgomery Street, Suite 400
    San Francisco, CA 94104
    Attorney for Defendants Select Portfolio Servicing and National Default Servicing Corp
    Tel: (415) 318-8810
    Fax: (415) 676-5816

Email: jlieberman@lockelord.com

Alexander Gershen, Esq.
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Attorneys for Defendant Bank of America, N.A.
Tel: (415) 659-4840
Fax: (415) 391-8269
Email: agershen@reedsmith.com

BY MAIL. I placed the original a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 2140 Hollywood Way, Burbank, CA 91505. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Undaer that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of busines

(Federal) I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on September 1, 2015, at Burbank, California.

—

                                                 */s/ Regina Manasan*
                                                    Regina Manasan

**OKADA V. BANK OF AMERICA, N.A., ET AL**
**CASE NO . 8:15-CV-00981** — - 2 - — **CERTIFICATE OF SERVICE**